1026

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL
SCOTT MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83633, William C. Goodloe, J., entered March
16, 1978. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Callow, C.J., and Williams, J.

MICHAEL ALLEN, *Appellant*, v. WILSON J.
HUTCHESON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 821514, Charles R. Denney, J. Pro Tem.,
entered May 3, 1978. *Reversed* and *remanded* by unpub-
lished opinion per Andersen, J., concurred in by James,
A.C.J., and Dore, J.

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
JAMES BUMGARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 71044, Robert M. Elston, J., entered October
18, 1978. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Swanson and Dore, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ALESTER
TOPPS, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10012, Jack S. Kurtz, J., entered
November 15, 1978. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Swanson and Williams, JJ.